No. 3390.—Martínez, aplte., *v.* Méndez, apdo.—C. D. de Aguadilla. Mayo 18, 1925. Examinados los autos a la luz del alegato del apelante no obstante no haber presentado un señalamiento de errores por separado; y no apareciendo que se haya cometido error fundamental alguno ni abusado la corte sentenciadora de su discreción, *se confirma la resolución apelada.*